insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.

Anna SUSHIN v. Julius MILLER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, with $10 costs. Order filed.

Johanna F. SWEENEY, appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, without costs.

George TAUZA v. SUSQUEHANNA COAL CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted. Settle order on notice.

Isaac TERRILL, appellant, v. NATIONAL ELECTRIC ENAMELING COMPANY and others, respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Tillie TERWILLIGER, respondent, v. CENTRAL HUDSON STEAMBOAT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of Thomas F. TEVLIN, an attorney. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Matter referred to Hon. Josiah T. Marean, as official referee, for hearing and report.

In the Matter of the Application of John G. THOMAS for an examination of the voting machines and of the votes cast thereon for the office of mayor of the city of Utica at the general election held in said city on November 2, 1915. (Supreme Court, Appellate Division, Third Department. January, 1916.) Order (92 Misc. Rep. 483, 156 N. Y. Supp. 43) affirmed, without costs. All concurred.

John C. THOMAS, applt., v. Francis G. WARD, as Commissioner, etc., et al., respts. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, and appeal dismissed, with costs.

Lillian M. TIEDEMAN, respondent, v. William C. TIEDEMAN, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

TIMES SQUARE IMPROVEMENT CO. v. FLEISCHMANN'S VIENNA BAKERY CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied. Order filed.

Harry TISHKOFF and one, respts., v. Ruth JOROSLOW, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

John TOMACHITES, respondent, v. William A. JAMISON, appellant, impleaded with others. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, costs to abide the event. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Lillian G. TROUT, as Executrix of the Last Will and Testament of Henry G. Trout, Deceased, Appellant, v. EMPIRE SHIPBUILDING COMPANY and John F. Malone, Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1915.) Appeal from a judgment of the Supreme Court, entered in the Erie county clerk's office on the 18th day of March, 1915, and also from an order entered on the 26th day of March, 1915.

PER CURIAM. In our opinion the learned trial court erred in holding that the letter given by plaintiff's testator, Henry G. Trout, to the defendant Malone on May 16, 1908, had the same force and effect as though inserted in the note itself, and that it served to postpone the date of maturity of the note to July 1, 1910. The Empire Shipbuilding Company, the maker of the note, was not a party to that letter, and nothing therein contained would prevent the holder calling upon the maker for payment at any time prior to July 1, 1910. The letter was written at the instance of the indorser, Malone, to effect an extension, so far as the indorser was concerned, of the time when the note should be finally paid. We think that under the circumstances under which this letter was written to and received by the indorser it constituted a constructive waiver of presentment, notice of dishonor and demand of payment of the note as a matter of law, and that the indorser is liable thereon. Sheldon v. Horton, 43 N. Y. 93, 3 Am. Rep. 669. The judgment and order appealed from should be reversed, and a new trial granted, with costs to the appellant to abide the event. All concur. Judgment and order reversed, and new trial granted, with costs to appellant to abide event.

In the Matter of the petition of John W. TRUESDELL for leave to issue execution upon a judgment against the property of Thaddeus K. Green, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Westchester County affirmed, with costs, on the authority of Matter of Holmes, 131 N. Y. 80, 29 N. E. 1003. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Nicholas TURCHIN, respondent, v. MATHESON LEAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department.

July 28. 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

---

Grace J. TUTTLE, applt., v. Frank H. BIEL and one, respts. (Supreme Court, Appellate Division. Fourth Department. October 18, 1916.) Judgment affirmed, with costs. All concur, except Merrell, J., who dissents.

---

Rose E. TYNAN, appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment dismissing plaintiff's complaint affirmed, with costs. No opinion. Jenks, P. J., and Carr and Putnam, JJ., concur. Thomas and Stapleton, JJ., dissent.

---

Arnold H. UHRLASS, Respt., v. Walter F. SINCLAIR and Edwin W. Moore. Applts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) As to the defendant Moore, the appeal has been withdrawn. As to defendant Sinclair, judgment and order affirmed, with costs. No opinion. Order filed.

---

Jacob A. ULANOV, Respt., v. Eva V. C. HAWKES, impld., Applt. (Supreme Court, Appellate Division, First Department. October 13. 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. No opinion. Order filed.

---

William A. ULMAN v. Medora T. HUDSON. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion for stay pending appeal granted. Settle order on notice.

---

UTICA GAS & ELECTRIC CO., applt., v. Perry KINGSTON, respt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, to preclude respondent from being heard upon the appeal unless respondent shall file and serve printed brief within 20 days and pay to respondent's attorneys $10 and be ready to argue the appeal at the opening of November term.

---

Nettie F. Valentine, Respondent, v. POINT O'WOODS ASSOCIATION, Appellant. (Supreme Court, Appellate Division, Second Department. November, 1915.) The partition suit being quasi in rem, the policy of the law is to have all interests before the court (Code Civ. Proc. § 452), especially derivative rights from a common ancestor. After a motion to intervene has been noticed, and then adjourned, and is pending, the suit may not be unqualifiedly withdrawn and discontinued. Hence the discretion of the court at Special Term to set aside such discontinuance, and to permit the interveners to come in and defend, notwithstanding this attempt to drop the suit being based on grounds and considerations peculiar to a partition suit, was rightly exercised. The order setting aside the discontinuance, restoring the lis pendens, and admitting the interveners to come in and defend, is therefore affirmed, with $10 costs and disbursements. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ. concurred.

---

In the Matter of the Proof and Probate of the Instrument Propounded as the Last Will and Testament of Francis VAN TINE, Deceased. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Appeal from Surrogate's Court, Cayuga County. In the matter of the proof and probate of the instrument propounded as the last will and testament of Francis Van Tine, deceased. From a decree of the Surrogate's Court against the will, from its order denying proponent's motion for new trial, and from an order of the Supreme Court, on trial of the issues sent therein by the Surrogate's Court, denying motion for new trial, Jason R. Swift, proponent and as executor, appeals. Decrees and orders denying motion for new trial reversed, and new trial granted.

PER CURIAM. The jury found by their answers to the questions submitted to them that at the time of the making of the alleged will the testator was of sound mind and capable of making the same, but that he never executed it, and also that the execution was obtained by undue influence. Assuming that these findings may be reconciled, we are of the opinion that the finding that the testator did not execute the will and that the execution was obtained by undue influence is each against the weight of the evidence, and that the verdict of the jury should have been set aside upon that ground. Decree and orders denying motion for new trial reversed, and new trial granted, with costs to the appellant to abide the event.

---

John W. VICKERY, respt., v. MONTCLAIR JAM KITCHENS, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

---

VILLAGE OF MONROE, respondent, v. MONROE NATIONAL BANK, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment of the County Court of Orange County affirmed, with costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

---

Emilie VOIGT, Respt., v. BISCHOFF'S BANKING HOUSE, Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

---

In the Matter of the Application of the City of New York, etc., for the Opening and Extending of WASHINGTON AVENUE, etc., from the East River to Jackson Avenue, Borough of